UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARIE M. McGUFFIE                          ORDER OF DISMISSAL
                                                                  CV-03-3412 (DRH)(ARL)

       -against-

UNITED STATES OF AMERICA
-----------------------------------------------------------------X

       The partied having reported that the case has settled by letter dated August 12, 2005,

       IT IS HEREBY ORDERED that the case is dismissed without prejudice to reopen should

settlement not be consummated.

       The clerk is directed to close this case.


       SO ORDERED.

                                                               /S/
                                               DENIS R. HURLEY
                                           United States District Judge

Dated: Central Islip, New York
        November 23, 2005